UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 1:17-mj-123-SKL |
| | ) | |
| LEBRON TERRELL BROWN | ) | |

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and the Bail Reform Act, 18 United States Code § 3142(f), a preliminary examination and detention hearing were held in the above-styled matter on June 23, 2017.   Those present included:

    (1)     AUSA Chris Poole for the USA.
    (2)     Defendant LEBRON TERRELL BROWN.
    (3)     Attorney Gianna Maio with Federal Defender Services of Eastern Tennessee for Defendant LEBRON TERRELL BROWN.

### Detention Hearing and Preliminary Examination Proof

AUSA Poole called Task Force Officer Phillip Narramore as a witness and he testified consistently with  the facts outlined in the affidavit attached to the criminal complaint and related matters.  The complaint and affidavit are incorporated herein by reference [Doc. 1]. Officer Narranomre also testified about the circumstances of a recent shooting and allegations related to same.  Defendant called no witnesses, but did make a proffer of information.  Both parties presented their respective arguments, which were fully considered by the Court.

### Findings

Having heard and considered the evidence presented during the detention hearing and preliminary examination, including the uncontested facts from the Pretrial Services report, the undersigned finds:

    (1)     There is probable cause to believe that a violation of Title 18 U.S.C. § 922(g)(1), that is, possession of a Firearm by a convicted felon was committed in the Eastern District of Tennessee.

    (2)     There is probable cause to believe Defendant committed the aforesaid violations in Finding 1.

    (3)     Proof the Defendant committed the aforesaid offenses is strong.

    (4)     A separate Order of Detention Pending Trial will be entered with

respect to Defendant.

## Conclusions

It is **ORDERED**:

(1)    Probable cause exists to hold Defendant to answer the charges against him in the District Court.

(2)    The Government's motion to detain Defendant without bail is **GRANTED** for the reasons set out in the separate **ORDER OF DETENTION PENDING TRIAL** filed with this order.

(3)    Pending further hearings in this matter, Defendant shall be held in custody by the United States Marshal and produced for future hearings.

(4)    Defendant next appearance shall be before a Magistrate Judge, United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee **on June 28, 2017 at 2:00 p.m. [EASTERN]**.

**ENTER.**

s/    *Susan K. Lee*

SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE